The Court of Civil Appeals held:
 "Although the parties hint of a constitutional issue at the trial level, it was not raised in the pleadings; evidence as to the issue is not in the record, and the court did not rule on it; therefore, appellate review of this issue is foreclosed. King v. Reid, 428 So.2d 611 (Ala. 1983); Cooper v. Green, 359 So.2d 377 (Ala. 1978); Williams v. State, 504 So.2d 282
(Ala.Civ.App. 1986)."
595 So.2d at 471. I do not believe that this Court can grant review of this constitutional question in the absence of some ruling on it in the trial court; consequently, I cannot agree that the Court should address it, and I must respectfully dissent.